IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAIRE McCARTHY

    Plaintiff,

vs.                                                  No. 1:13-CV-01008 JAP / KBM

BOARD OF COMMISSIONERS FOR
BERNALILLO COUNTY,
a governmental entity,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY OF PROCEEDINGS TO FILE AMENDED COMPLAINT and REINSTATE STAY

    **THIS MATTER** having come before the Court on the *Plaintiff's Unopposed Motion to Lift Stay of Proceedings to File Amended Complaint and Reinstate Stay*, and the Court being fully advised therein,

    **FINDS** that the Motion is well taken and is hereby granted.

    **IT IS HEREBY ORDERED**, the Court will lift the Stay. Plaintiff will be allowed to file her *Amended Complaint for Employment Discrimination on the Basis of Sex, Age and Retaliation*.

    **IT IS FURTHER ORDERED**, the Court will reinstate the Stay of Proceedings after Plaintiff has filed her Amended Complaint, and the Stay will remain until after completion of the EEOC's investigation and issues a Right to Sue.

                                               _____
                                               **CHIEF MAGISTRATE JUDGE KAREN B. MOLZEN**

2

Submitted by:

GILPIN LAW FIRM, LLC


__\s\ Donald G. Gilpin__
Donald G. Gilpin, Esq.
6100 Indian School Rd. NE
Ste. 201
Albuquerque, N.M.  87110
Telephone: 505-244-3861
Fax: 505-254-0044
*Attorney for Plaintiff*



BUTT THORNTON & BAEHR


 *Telephonically Approved 07/10/14*
Agnes Fuentevilla Padilla
P.O. Box 3170
Albuquerque, NM 87190
Phone: 505-884-0777
Fax: 505-889-8870
*Attorney for Defendant*